```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                     ROME   DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

FOLLOWING ORDER ENTERED ON DOCKET ON JUNE 19, 2017

CASE NO.: R16-42255PWB     JUDGE: PAUL W. BONAPFEL

DEBTOR(S):  DERRICK L. HOLLAND

TRUSTEE TO REPORT BACK

   WHETHER DEBTOR(S) PAYMENTS CURRENT

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

   RECOMMENDS DISMISSAL BECAUSE:  THE DEBTOR(S) HAS/HAVE
FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED
ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN
THIS CASE SINCE APRIL 11, 2017.

   PLEASE ENTER ORDER OF DISMISSAL

November 10, 2017

                              _____s/_____
                              Brandi L. Kirkland, Esq.
                              for Chapter 13 Trustee
                              GA. Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
brandik@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

DERRICK L. HOLLAND
306 BOWEN RD, N
CHATSWORTH, GA 30705

ATTORNEY FOR DEBTOR(S):

CHRIS RAMPLEY, ESQ
P.O. BOX 927
ROME, GA 30162

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 10th  day of November, 2017

_____s/_____
Brandi L. Kirkland, Esq.
for Chapter 13 Trustee
GA. Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
brandik@atlch13tt.com